**STATE of Missouri, Plaintiff–Respondent,**

v.

**Lavandris JOHNSON, a/k/a Aaron Baldwin, Defendant–Appellant.**

**No. 56965.**

Missouri Court of Appeals, Eastern District, Division One.

July 17, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 29, 1990.

Mary Ann Bogacki Caradonna, St. Louis, for defendant-appellant.

William L. Webster, Atty. Gen., Cristine A. Alsop, Asst. Attys. Gen., Jefferson City, for plaintiff-respondent.

### ORDER

PER CURIAM.

A jury convicted defendant of first degree tampering and the court sentenced him as a prior and persistent offender to five years' imprisonment. We affirm. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 30.25(b).